**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **MARLON MANNING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CAUSE NO: 3:26-cv-740-DJH** |
| **v.** | ) | |
| | ) | |
| **CHURCHILL DOWNS, INC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel for the Plaintiff, Marlon Manning, in the above-captioned cause of action.

I certify that I am admitted to practice in this court.

Respectfully submitted,

_*/s/ Elizabeth Gatten*_________________________

Elizabeth Gatten, Atty No. 100651
BIESECKER DUTKANYCH & MACER, LLC
101 N. Seventh Street
Louisville, KY 40202
Telephone: (502) 561-3484
Facsimile: (812)424-1005
E-Mail: egatten@bdlegal.com

*Counsel for Plaintiff*